UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

MARGARET D. NELSON, as Executrix of    :
The Estate of TREVOR C. NELSON, Deceased,  :
Individually, and as Parent and Natural Guardian  :
of CONRAD B. NELSON and GEORGE R.  :
NELSON,      :

              :

          Plaintiff,   :

              :

        v.      :    Case No. 04-Civ-5382 (RCC)(GWG)

              :    (ECF)

MASSACHUSETTS GENERAL HOSPITAL,  :
GENERAL HOSPITAL CORPORATION,  :
MASSACHUSETTS GENERAL PHYSICIANS  :
ORGANIZATION, INC. and PARTNERS  :
HEALTHCARE SYSTEM, INC.,  :

              :

         Defendants.  :

------------------------------------------------------------x

## JOINT SUMMARY OF THE CASE

Pursuant to The Honorable Kimba M. Wood's Order dated May 16, 2007, plaintiff

Margaret D. Nelson, by and through her undersigned counsel the Locks Law Firm PLLC, and

defendants The Massachusetts General Hospital, The General Hospital Corporation,

Massachusetts General Physicians Organization, Inc., and Partners HealthCare System, Inc., by

and through their undersigned counsel Kasowitz, Benson, Torres & Friedman LLP, hereby

submit a Joint Summary of the Case.[1]

Plaintiff filed her complaint in state court on June 4, 2004, alleging medical malpractice

and the performance of an unauthorized autopsy. Defendants removed the case to this Court on

July 9, 2004, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

---

[1]    By submitting this summary, defendants do not waive, and specifically reserve, all of their rights with respect to this action, including, but not limited to, the defendants' right to challenge jurisdiction and venue.

On August 20, 2004, The Honorable Richard Conway Casey held an Initial Pretrial Conference at which he granted plaintiff the opportunity to conduct jurisdictional discovery. On October 21, 2004, the Court referred the case to Magistrate Judge Gabriel W. Gorenstein for general pretrial purposes including scheduling, discovery, non-dispositive pretrial motions, and settlement.

On November 11, 2004, Judge Casey entered a Protective Order regarding procedures to govern the handling of "Confidential Information" exchanged by the parties.

On April 12, 2005, defendants moved pursuant to Fed. R. Civ. P. 8(a), 9(b), 12(b)(2), (3) and (6), for an order dismissing the complaint in its entirety or, in the alternative, transferring the case to the United States District Court for the District of Massachusetts pursuant to 28 U.S.C. § 1406(a) or 28 U.S.C. § 1404(a). The briefing on the motions to dismiss or transfer was filed under seal pursuant to the November 11, 2004 Protective Order.

On June 9, 2005, Magistrate Judge Gorenstein ordered defendants to withdraw their original motions to dismiss or transfer filed on April 12, 2005, permitted plaintiff additional jurisdictional discovery, and permitted defendants to renew their motions with all motion papers to be submitted under seal by August 12, 2005. On August 11, 2005, defendants withdrew their original motions and on August 12, 2005, defendants again moved pursuant to Fed. R. Civ. P. 8(a), 9(b), 12(b)(2), (3) and (6), for an order dismissing the complaint in its entirety or, in the alternative, transferring the case to the United States District Court for the District of Massachusetts pursuant to 28 U.S.C. § 1406(a) or 28 U.S.C. § 1404(a). The briefing on the motions to dismiss or transfer was filed under seal pursuant to the November 11, 2004 Protective Order.

Since that date, and two supplemental letter submissions, no activity has occurred in the case. Defendants' motions to dismiss or transfer remain pending. As a result, the parties have not entered into a case management plan.

Dated: New York, New York
       May 30, 2007

LOCKS LAW FIRM PLLC

By:

    Seth R. Lesser (SR-4506)
    Andrew P. Bell (AB-1309)

110 East 55th Street
New York, New York 10022
Telephone: (212) 838-3333

ATTORNEYS FOR PLAINTIFF

KASOWITZ, BENSON, TORRES
& FRIEDMAN LLP

By:

    Albert Shemmy Mishaan (AM-9806)

1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700

ATTORNEYS FOR DEFENDANT